# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv137

| | |
|---|---|
| ROGER ROSS; and CYNTHIA ROSS, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| FLO FOODS, INC.; and TRACY E. ) | |
| FAUST, ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on the joint Motion to Transfer Venue. Having considered the joint motion and reviewed the pleadings, and it appearing that events underlying this action allegedly occurred in Gaston County and that defendants as well as most witnesses reside in the Charlotte Division, and that plaintiffs concur in the proposed transfer of venue, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion to Transfer Venue (#4) is **GRANTED** for the convenience of all parties, and this action is **TRANSFERRED** to the Charlotte Division of this court.

Signed: August 2, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge